IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| JIMMY DWAIN HOUSE, | : | |
| Petitioner, | : | CASE NO. |
| v. | : | 3:08-CR-10 (CAR) |
| UNITED STATES OF AMERICA, | : | |
| Respondent. | : | |

## ORDER ON THE RECOMMENDATION OF
## THE UNITED STATES MAGISTRATE JUDGE

Currently before the Court is United States Magistrate Judge Charles H. Weigle's Recommendation [Doc. 51] that Petitioner Jimmy Dwain House's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 be dismissed as untimely under the provisions of the Antiterrorism and Effective Death Penalty Act of 1996. No objection was filed, and having considered the matter, this Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Report and Recommendation [Doc. 51] is hereby **ADOPTED** and **MADE THE ORDER OF THIS COURT.** Petitioner's Motion is **DENIED,** and a certificate of appealability is hereby **DENIED.**

SO ORDERED, this 1st day of June, 2012.

S/ C. Ashley Royal
C. ASHLEY ROYAL, CHIEF JUDGE
UNITED STATES DISTRICT COURT

AES